# TENNESSEE BUREAU OF WORKERS' COMPENSATION
## IN THE COURT OF WORKERS' COMPENSATION CLAIMS
### AT KNOXVILLE

| | | |
|---|---|---|
| **Robin Dickenson** | ) | **Docket No.: 2022-03-0842** |
| **Employee,** | ) | |
| **v.** | ) | **State File Number: 72431-2021** |
| **Blount Memorial Hospital,** | ) | **FILED** |
| **Employer** | ) | **Judge LISA LOWE** Feb 12, 2025 12:12 PM(ET) |
| **And** | ) | TENNESSEE COURT OF WORKERS' COMPENSATION CLAIMS |
| **Sentry Insurance Company** | ) | |
| **Insurance Carrier** | ) | |

## AGREED COMPENSATION ORDER

COMES the parties and announces to the Court the resolution of issues that caused Employee to retain counsel. Employer/Carrier did not cover Employee's kidney disease under Employee's open medicals settlement which was executed on July 18, 2022, for an upper clavicle injury that occurred on September 17, 2021. Following the September 17, 2021, date of injury, Employee received treatment from Dr. Calvert and Dr. Casey, both of whom prescribed NSAIDs. On or around June of 2022, Employee went to the emergency room for kidney failure. Employee followed up with Dr. Mohammad Shafi for her abnormal kidney function. On November 15, 2022, Dr. Shafi stated the abnormal kidney function was most likely related to prior chronic use of NSAIDs. Employee retained counsel and obtained the opinion from Dr. Shafi that the kidney injury was more than 50% related to her September 17, 2021, work-related injury due to her use of NSAIDs for that injury. Employer/Carrier subsequently covered treatment of Employee's kidney injury.

Upon agreement of the parties as evidenced by the respective counsel below, and the Court finding that good and just cause exists, it is accordingly,

ORDERED, ADJUDGED, AND DECREED that Employee's attorney be, and hereby, released as counsel as a result of the above, and filing fees to be taxed to the Employer.

This the 12th day of February , 2025.

_Lisa A. Lowe_

**Honorable Judge** Lisa A. Lowe

**APPROVED FOR ENTRY:**

TIMOTHY A. ROBERTO, BPR #030321
Attorney for Employee
Brown & Roberto PLLC.
259 N. Peters Road, Suite 101
Knoxville, Tennessee 37923
Phone: (865) 691-2777
troberto@brownandroberto.com

ROBERT S. HAHN, BPR #018681
Attorney for Employer
Big Valley Law
139 N. Liberty Street, Suite 201
Harrisonburg, VA 22802
Phone: (540) 433-1103
rhahn@bigvalleylaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of foregoing have been served upon counsel for all parties at interest in this case by delivering a true and exact copy via email pursuant to Tenn. R. and Reg. 800-02-21-.08 to carry the same to its destination as follows:

Robert S. Hahn
Attorney for Employer/Carrier
139 N. Liberty Street, Suite 201
Harrisonburg, VA 22802
Phone: 540-433-1103
rhahn@bigvalleylaw.com

This the 12th day of Feb. , 2025.

Timothy A. Roberto
Attorney for Employee

## CERTIFICATE OF SERVICE

I certify that a copy of this order was sent as shown on February 12, 2025 .

| Name | Mail | Email | Service sent to: |
|---|---|---|---|
| Timothy A. Roberto, Employee's Attorney | | X | troberto@brownandroberto.com |
| Robert Hahn, Employer's Attorney | | X | rhahn@bigvalleylaw.com |

*Penny Shrum*

**PENNY SHRUM, COURT CLERK**
**Wc.courtclerk@tn.gov**